The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:22-cr-00213-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| CORBIN SAUNDERS, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Corbin Saunders's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 48).

Having considered the motion, the Court FINDS that pursuant to 18 U.S.C. § 3161 (h)(7)(A) the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial and that the defendant has agreed to waive his Speedy Trial Act rights; and the facts of the motion are hereby incorporated.

FURTHER THIS COURT FINDS that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) the failure to grant a continuance would result in a miscarriage of justice and would deny counsel for the defendant the reasonable time necessary for effective preparation and negotiation taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

IT IS HEREBY ORDERED that the trial in this matter is continued from February 21, 2023 until April 24, 2023. All pretrial motions, including motions in limine, shall be filed no later than March 16, 2023.

IT IS FURTHER ORDERED that the period of delay from the date of this Order through the new trial date of April 24, 2023, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

DATED this 18th day of January, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816